# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. D. SHEPPARD-BROOKS, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　/ | CASE NO. 1:05-CV-01648-AWI-SMS-P<br><br>ORDER REQUIRING PLAINTIFF TO EITHER FILE AMENDED COMPLAINT OR NOTIFY COURT OF WILLINGNESS TO PROCEED ONLY ON COGNIZABLE EXCESSIVE FORCE CLAIM<br><br>(Doc. 1) |

　　　Plaintiff Eric Johnson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 30, 2005. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendants Davis and Key for use of excessive force, in violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:　　　1　　.

　　　Service is appropriate for the following defendants:

　　　　　　C/O DAVIS

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's excessive force claim against any defendants other than Davis and Key, and plaintiff's due process, equal protection, and conspiracy claims be dismissed from this action for failure to state a claim upon which relief may be granted, and defendants Sheppard-Brooks, Ruiz, Martinez, and Wilson be dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them.

1

1          C/O KEY

2.    The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed December 30, 2005.

3.    Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Three (3) copies of the endorsed complaint filed December 30, 2005.

4.    Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:    July 18, 2006**                    /s/ Sandra M. Snyder
icido3                                         UNITED STATES MAGISTRATE JUDGE