UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSON, | 1:05-cv-01648-AWI-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11) |
| vs. | |
| D. D. SHEPPARD-BROOKS, et al., | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |
| Defendants. / | |

Plaintiff Eric Johnson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 19, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations were to be filed within thirty days. To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendations.

//

1	In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C)
2	and Local Rule 73-305, this Court has conducted a de novo review of
3	this case.  Having carefully reviewed the entire file, the Court
4	finds the Findings and Recommendations to be supported by the
5	record and by proper analysis.

6	Accordingly, IT IS HEREBY ORDERED that:

7	1.  The Findings and Recommendations, filed July 19, 2006, is
8	ADOPTED IN FULL;

9	2.  This action shall proceed on plaintiff's complaint, filed
10	December 30, 2005, against defendants Davis and Key for use of
11	excessive force, in violation of the Eighth Amendment;

12	3.  Plaintiff's excessive force claim against any defendants
13	other than Davis and Key, and plaintiff's due process, equal
14	protection, and conspiracy claims are DISMISSED from this action
15	for failure to state a claim upon which relief may be granted; and,

16	4.  Defendants Sheppard-Brooks, Ruiz, Martinez, and Wilson
17	are DISMISSED from this action based on plaintiff's failure to
18	state any claims upon which relief may be granted against them.

20	IT IS SO ORDERED.

21	**Dated:   September 28, 2006**           /s/ Anthony W. Ishii
	0m8i78                                UNITED STATES DISTRICT JUDGE