IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>D.D. SHEPPARD-BROOKS, et al,<br><br>　　　　　　　　　　Defendants. | 1:05-cv-01648-AWI-SMS P<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME UP TO AND INCLUDING JANUARY 11, 2007, WITHIN WHICH TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(Doc. 17)** |

　　　　On December 11, 2006, defendants Davis and Key filed a motion to extend time to file a response to plaintiff's complaint.  GOOD CAUSE APPEARING, defendants' motion for an extension of time is HEREBY GRANTED, and defendants have up to and including January 11, 2007, within which to file a response to plaintiff's complaint.

IT IS SO ORDERED.

**Dated:   December 20, 2006**　　　　　　　　/s/ Sandra M. Snyder
i0d3h8　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1