UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSON, | 1:05-cv-01648-AWI-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 26) |
| vs. | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO EXHAUST AND DISMISSING ACTION, WITHOUT PREJUDICE** (Doc. 21) |
| D. D. SHEPPARD-BROOKS, et al., | |
| Defendants. | |

Plaintiff Eric Johnson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 6, 2007, the Magistrate Judge filed a Findings and Recommendations that recommended defendants' motion to dismiss be granted and this action be dismissed for plaintiff's failure to exhaust administrative remedies prior to suit. The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and

1

1  Recommendations were to be filed within thirty days.  On April
2  26, 2007, plaintiff filed objections to the Magistrate Judge's
3  Findings and Recommendations.
4      In accordance with the provisions of 28 U.S.C. §
5  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u>
6  <u>novo</u> review of this case.  Having carefully reviewed the entire
7  file, the Court finds the Findings and Recommendations to be
8  supported by the record and by proper analysis.   In the
9  objections plaintiff contends, as he did in his opposition, that
10 he did present an appeal to the third and final level.  Plaintiff
11 continues to argue that he sent an appeal to Sacramento for third
12 level review but it was somehow intercepted.   In response to the
13 Magistrate Judge's finding that plaintiff failed to provide
14 evidence to support his position, plaintiff contends in the
15 objections that he is not required to know all the people whose
16 hands his mail would have gone through.
17      As explained by the Magistrate Judge, because defendants met
18 its initial burden, the burden to prove exhaustion has shifted to
19 plaintiff.   Plaintiff has not provided any evidence, such as
20 declarations, a copy of the third level appeal, or other
21 evidence, showing that after receiving the second level response
22 to his appeal, he timely submitted the appeal to the third level.
23 Thus, defendants are entitled to dismissal of this action based
24 on plaintiff's failure to exhaust.
25      Accordingly, IT IS HEREBY ORDERED that:
26      1.   The Findings and Recommendations, filed April 6, 2007,
27 is ADOPTED IN FULL;
28      2.   Defendant's motion to dismiss, filed January 11, 2007,

1  is GRANTED; and,
2       3.   This action is DISMISSED, without prejudice, based on
3  plaintiff's failure to exhaust.
4
5
6  IT IS SO ORDERED.
7  **Dated:   June 2, 2007**                          /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE